# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

MARK S. MEYLOR,

    Plaintiff,

v

HARTFORD LIFE GROUP
INSURANCE COMPANY,

    Defendant.

C05-4071DEO

**JUDGMENT**

    **DECISION BY COURT:** This action came before the Court. The issues have been decided and a decision has been rendered.

    **IT IS HEREBY ORDERED AND ADJUDGED THAT:** plaintiff recover of the defendant the sum of $47,215.80 (forty-seven thousand two-hundred fifteen dollars and eighty cents.), plus interest and costs as provided by law.

 **DATED:**  **December 18, 2006**

                **PRIDGEN J. WATKINS, CLERK**

                **S/**
                **A. Kjos, Deputy Clerk**