UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

Mark S. Meylor,

      Plaintiff,

v.

Hartford Life Group Insurance Company,

      Defendant.

Civil File No.: 05-4071

**ORDER REGARDING PLAINTIFF'S APPLICATION FOR ATTORNEY FEES AND EXPENSES**

Based on the foregoing **STIPULATION, IT IS ORDERED** that, if the United States Court of Appeals for the Eighth Circuit affirms the Court's judgment in its entirety and does not reverse any part of the Court's judgment, then Plaintiff may recover expenses in the amount of $520.06 and attorney fees in the amount of $15,440.00, as requested in the Plaintiff's application for attorney fees and expenses.

Plaintiff is not precluded from applying for additional attorney fees and expenses in the event the Court's judgment is affirmed on appeal.

IT IS SO ORDERED this 18th day of January, 2007.

*[signature]*

Honorable Donald E. O'Brien
Senior Judge
United States District Court