IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

MARK S. MEYLOR,                        )
                                       )
            Plaintiff,                 )        No.  C05-4071-DEO
                                       )
      vs.                              )
                                       )        ATTORNEY FEE JUDGMENT
HARTFORD LIFE GROUP                    )           IN A CIVIL CASE
INSURANCE COMPANY,                     )
                                       )
            Defendant.                 )


This action came before the Court.  The issues have been decided and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED

            Attorney fees are hereby awarded to the plaintiff in the amount of Fifteen Thousand Four Hundred Forty dollars and no cents ($15,440.00) and expenses in the amount of Five Hundred Twenty dollars and six cents ($520.06).

Dated: January 18, 2007            PRIDGEN J. WATKINS
                                   Clerk


                                   /s/  des
                                   (By) Deputy Clerk